# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| | : |
| UNITED STATES of AMERICA | : |
| | CR.03 - 35  (PGS) |
| | : |
| V. | : |
| | ORDER |
| Maurice Wicks | : |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 1st day of August 2008,

O R D E R E D that Federal Public Defender Patrick Mc Mahon, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
    Federal Public Defender